UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

24cr/33 JWB/DTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(a)(6) |
| v. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 933(a)(3) |
| DESHAWN MARCHELLO MCKIZZIE, | ) | 18 U.S.C. § 933(a)(1) |
| a/k/a "Chello," | ) | 26 U.S.C. § 5845(b) |
| | ) | 28 U.S.C. § 2461(c) |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

1.    At times relevant to this Indictment:

**<u>Introduction</u>**

2.    Defendant Deshawn McKizzie conspired with others known and unknown to the grand jury to purchase firearms for third parties who were prohibited by law from possessing firearms.

3.    It was a part of the conspiracy that Defendant McKizzie would arrange for his co-conspirator to purchase firearms from federal firearms licensees (FFLs).

4.    FFLs are required to maintain records of all firearms transfers to transferee/buyers on an ATF Form 4473, which documents the transferee/buyer's name, date of birth, identification, and the buyer's attestation that he or she is not prohibited by Section 922(g) and is the actual



*United States v. Deshawn Marchello McKizzie*

transferee/buyer.   The ATF Form 4473 includes the following:

> Warning: You are not the actual transferee/buyer if you are
> acquiring any of the firearm(s) on behalf of another person.   If you
> are not the actual transferee/buyer, the licensee cannot transfer
> any of the firearm(s) to you.

5.     The ATF Form 4473 also requires the transferee/buyer to attest

that he or she does not plan to sell or otherwise dispose of the firearm to any

person who is prohibited from possessing firearms.

6.     It was further a part of the conspiracy that Defendant McKizzie

and his co-conspirator would transfer the firearms to prohibited individuals,

for which McKizzie received payment; this necessarily required the co-

conspirator to falsely attest that he was the actual buyer of the firearm and to

falsely attest that he was not planning to transfer the firearm to a prohibited

person.

7.     During and in furtherance of the conspiracy, the following overt

acts, among others, were committed in the State and District of Minnesota.

8.     On or about the dates listed in the table below, Defendant

McKizzie conspired with others known and unknown to the grand jury to

purchase the following firearms from the following FFLs, which were then

transferred to third parties:

*United States v. Deshawn Marchello McKizzie*

| Overt Act | Date of Purchase | FFL | Firearm |
|---|---|---|---|
| 1 | 3/5/2024 | Realm Firearms, Spring Lake Park, MN | Glock Model 22 .40 caliber pistol bearing serial number AFSX207 |
| 2 | 3/5/2024 | Stock & Barrel Gun Club, Eagan, MN | Smith and Wesson model M&P 5.7x28mm caliber pistol bearing serial number PJU9856 |

## COUNT 1
### (Conspiracy to Make False Statements)

Between December 2023 and March 2024, in the State and District of Minnesota, the defendant,

### DESHAWN MARCHELLO MCKIZZIE,
a/k/a "Chello,"

did knowingly and intentionally conspire with others known and unknown to the grand jury to violate Title 18, United States Code, Sections 922(a)(6), which make it a crime to, in connection with the acquisition or attempted acquisition of any firearm or ammunition, knowingly make any false or fictitious oral or written statement intended or likely to deceive a licensed dealer with respect to any fact material to the lawfulness of the sale or other disposition of such firearm; all in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Conspiracy to Traffic Firearms)

Between December 2023 and March 2024, in the State and District of Minnesota, the defendant,

3

*United States v. Deshawn Marchello McKizzie*

**DESHAWN MARCHELLO MCKIZZIE,**
a/k/a "Chello,"

did conspire to ship, transport, transfer, cause to be transported, or otherwise dispose of firearms in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipients would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(3).

## COUNT 3
(Trafficking Firearms)

Between December 2023 and March 2024, in the State and District of Minnesota, the defendant,

**DESHAWN MARCHELLO MCKIZZIE,**
a/k/a "Chello,"

did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipients would constitute a felony, all in violation of Title 18, United States Code, Section 933(a)(1).

## FORFEITURE ALLEGATION

Counts 1-3 of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging

4

*United States v. Deshawn Marchello McKizzie*

forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

As a result of the offenses alleged in Counts 1-3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices, auto sears, and other firearms parts), and ammunition, involved in, connected with, or used in any knowing violation of, the offenses alleged.

As a result of the offenses alleged in Counts 2-3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934(a)(1)(A) and (B), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All in violation of Title 18, United States Code, Sections 371, 933(a)(1), 933(a)(3), 924(d)(1), Title 26, United States Code, Section 5845(b), and Title 28, United States Code, Section 2461(c).

*United States v. Deshawn Marchello McKizzie*

## A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                FOREPERSON